failure to prosecute in accordance with the rules.

Joseph Kwame OKOR, Plaintiff–Appellant,

v.

ATARI GAMES CORP. and Midway Games Inc., and Bandai Co. Ltd., and Capcom Entertainment Inc., and Jaleco USA Inc., and Konami of America Inc., and Namco of America Inc., and Sega Enterprises Inc. (USA) and Sega of America Dreamcast, Inc., and Sammy USA Corp., and Sony Corporation of America, and Nintendo of America, Inc., and Acclaim Entertainment Inc., Best Buy Co., Inc., Blockbuster, Inc., Electronic Arts Inc., Electronics Boutique Holdings Corp., Kmart Corporation, Taito Corporation, Tele–Communications, Inc., Toys R US, and Wal–Mart Stores, Inc., Defendants–Appellees.

Gilda E. LEVI, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7269.

United States Court of Appeals, Federal Circuit.

June 26, 2002.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Nos. 02–1383, 02–1384, 02–1385.

United States Court of Appeals, Federal Circuit.

July 1, 2002.

**ORDER**

The appellant having failed to pay the docketing fees required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notices of appeal be, and the same hereby are DISMISSED, for failure to prosecute in accordance with the rules.